UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRENDA HOFFMAN AND  ) | |
| JUDITH HOFFMAN, ) | |
|     Plaintiffs, ) | |
|   v. ) | CASE NO. 2:10-CV-062 |
| CAPITAL MANAGEMENT SERVICES, INC. ) | |
|     Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure, Capital Management Services, LP (incorrectly named in the Complaint as Capital Management Services, Inc.) ("Capital"), by counsel, states as follows:

1.  Capital's partners are: Capital Management Services, Inc. and Capital Management Services, General Partner.

2.  Neither the Defendant nor its partners have a publicly-held company(s) or investment fund(s) that holds a 10% or more ownership interest in either Defendant or its partners.

KIGHTLINGER & GRAY, LLP

/s/Peter A. Velde
Peter A. Velde

KIGHTLINGER & GRAY, LLP
151 N. Delaware St. Suite 600
Indianapolis, IN 46204
(317) 638-4521
pvelde@k-glaw.com

100346 / 989086-1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2010, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

  Michelle Teggelaar mteggelaar@edcombs.com
  Daniel A. Edelman courtecl@edcombs.com

            /s/ Peter A. Velde
            Peter A. Velde